UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

ALBERTO GOMEZ-SOSA,

          Defendant.

No. CR14-5509 BHS

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND TIME TO FILE
INDICTMENT

The Court, having considered the Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

1.      Mr. Gomez-Sosa is charged by Information with one count of Illegal Reentry After Deportation, in Violation of Title 8, United States Code, Section 1326(a). The maximum sentence for this charge is 20 years confinement.

2.      Mr. Gomez-Sosa made his initial court appearance on November 6, 2014.

3.      Counsel is seeking an order continuing the time within which an Indictment must be filed on the grounds that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(i) and (B)(iv).  The requested new deadline would be January 30, 2015.

4.      The defendant has executed a Waiver of Speedy Indictment waiving rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has further agreed that the period from December 6, 2014, until, January 30, 2015, shall be an excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT
(*U.S. v. Gomez-Sosa*, CR14-5509 BHS) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

1    In light of the foregoing, IT IS HEREBY ORDERED that the time to file an

2    Indictment be continued to January 30, 2015.  The period of delay resulting from this

3    continuance from December 6, 2014, until January 30, 2015, is hereby excluded for

4    speedy trial purposes under 18 U.S.C. §3161(h)(7).

5    IT IS SO ORDERED this 21st day of November, 2014.

6

7

8

9    _____
     BENJAMIN H. SETTLE
10   United States District Judge

11

12   Presented by:
     s/ *Colin Fieman*
13   Colin Fieman
     Attorney for Alberto Gomez-Sosa
14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT
(*U.S. v. Gomez-Sosa*, CR14-5509 BHS) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**